UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE NEOTTI,<br><br>　　　　　Respondent. | Case No. CV 09-8819 JVS(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition ("Motion"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　　IT IS ORDERED that Judgment be entered granting the Motion, denying the Petition and dismissing this action with prejudice.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein on petitioner and on counsel for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: _____10. 8. 10_____

   _____
   HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE