UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. JONES,<br><br>        Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI,<br><br>        Respondent. | Case No. CV 09-8819 JVS(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

DATED: 10. 8. 10

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE